

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00482-CR

| | | |
|---|---|---|
| ROBERT EUGENE GHERING, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1552129D) |
| v. | § | March 14, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel